Phil Brockett, OSB ID Number 02013
philbrockett@bendlegal.com
Phil Brockett
Attorney at Law
Private Mail Box 119
1288 SW Simpson Ave., Suite I
Bend, OR 97702-3196
Telephone No. (541)330-5881
Attorney for Plaintiff Cole

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| TANYA C. COLE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 06-6175-MO<br><br><br><br>ORDER FOR EAJA FEES |
|---|---|

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6327.30 and no costs or expenses shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check shall be mailed to Plaintiff's attorney's office: c/o Phil Brockett, Esq., 1288 SW Simpson, Suite I, PMB 119, Bend, OR, 97702. Any assignment of this award that is made shall be in compliance with the law.

DATED this  31st  day of  July , 2007.

_____
MICHAEL W. MOSMAN
U.S. District Court Judge

Page 1    [PROPOSED] ORDER FOR EAJA FEES - [CV 06-6175-MO]